AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RYAN E. HAYS,

                Plaintiff,

                JUDGMENT IN A CIVIL CASE

                v.

CITY OF SPOKANE,

                CASE NUMBER: CV-11-0010-LRS

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Motion to Dismiss entered on October 13, 2011, ECF No. 23, this case is dismissed.

| | |
|---|---|
| October 13, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |